# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 424 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| BRANDON MOOREFIELD, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.